RICHARD L HOLCOMB (HI Bar No. 9177)
JUSTIN A. BRACKETT (HI Bar No. 9954)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email:  rholcomblaw@live.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOBBIN POAHA,         )<br>                                           )<br>             Plaintiff,    )<br>     vs.                               )<br>                                           )<br>CONSUMER PORTFOLIO SERVICES, )<br>INC.                                  )<br>                                           )<br>             Defendant.  )<br>                                           )<br>_____ ) | CASE NO. 1:14-CV-00199<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUTARY DISMISSAL OF CASE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the above-entitled action against Defendant shall be and hereby is dismissed, without costs, or

1

disbursements, or attorneys' fees to any party and that a dismissal without prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 30th day of May, 2014.

Attorney for Plaintiff


*/s/ Justin A. Brackett*
Justin A. Brackett, #9954
Richard L. Holcomb, #9177
Holcomb Law, LLLC
Attorneys for Plaintiff
1136 Union Mall, Suite 808
Honolulu, TN 96813
(808) 545-4040
rholcomblaw@live.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Voluntary Dismissal was served upon Defendant, at the below address, via first class, United States mail, sufficient postage prepaid, this the 30th day of May, 2014.

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.
Holcomb Law, LLLC
Attorney for Plaintiff

| | |
|---|---|
| Consumer Portfolio Services<br>c/o April Crisp<br>19500 Jamboree Rd.<br>Irvine, CA  92612 | |